**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 16-40619 |
| ROBERT and STACEY VANDERHOOF,  Debtors. | ORDER ON MOTION TO APPROVE SETTLEMENT |

THIS MATTER having come on before the before the Honorable Brian D. Lynch of the above entitled Court upon the Trustee's Motion to Approve Settlement, the Court having reviewed the records and files herein, and any response thereto, now therefore

IT IS HEREBY ORDERED that the Trustee is the real party in interest and is authorized to settle the debtor's undisclosed personal injury claims.

IT IS FURTHER ORDERED that the Trustee's Motion is granted and the settlement is approved.

//

//

//

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

**ORDER ON MOTION TO APPROVE SETTLEMENT - 1**

IT IS FURTHER ORDERED that the Court authorizes the withholding and/or payment of the following disbursements from the gross settlement amount:

Attorney fee: $3,600.00
Reimbursable expenses: $905.32

///End of Order///

Presented by:


 /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\KAE\Dox\TRUSTEE\Vanderhoof\settle_ord.wpd

**ORDER ON MOTION TO APPROVE SETTLEMENT - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002